ALLSTATE INSURANCE COMPANY, an Illinois corporation, Plaintiff–Counter Defendant–Appellee Cross Appellant,

v.

Robert M. LEVESQUE, Defendant,

Dolores Levesque, Estate of Robert M. Levesque, deceased, Defendants–Appellants Cross Appellees,

---

**Blanca Michaels, Defendant–Counter Claimant–Cross Appellee,**

**Andrew's Florist on 4th Street, Inc., a Florida corporation a.k.a. Andrews Florist on 4th Street North, Inc., a.k.a. Andrews on 4th St., Inc., Defendant–Counter Claimant–Appellant Cross Appellee.**

No. 11–13389.

United States Court of Appeals, Eleventh Circuit.

Sept. 20, 2012.

Michael T. Callahan, Weslee Leigh Ferron, Daniel A. Martinez, Inguna Varslavane–Callahan, Callahan & Martinez, LLC, St. Petersburg, FL, Richard L. Fenton, Steven M. Levy, SNR Denton U.S. LLP, Chicago, IL, for Plaintiff–Counter Defendant–Appellee Cross Appellant.

Henry Gerome Gyden, Brandon Graham Cathey, Dale Swope, Swope, Rodante, PA, Tampa, FL, for Defendant–Counter Claimant–Appellant Cross Appellee.

Jason Christopher Mulholland, Jason Mulholland, PA, Tampa, FL, for Defendants–Appellants Cross Appellees.

Before HULL, MARCUS and COX, Circuit Judges.

PER CURIAM:

In this declaratory judgment action, Andrew's Florist and Dolores Levesque appeal from the district court's order and judgment granting relief in favor of Allstate Insurance Company. In June 2004, a delivery driver for Andrew's Florist was involved in an automobile accident with Robert Levesque, who suffered serious injuries as a result. At the time of the accident, Andrew's Florist was covered by a commercial automobile policy issued by Allstate. Mr. Levesque and his wife sued Andrew's Florist in a Florida state court, and the matter was ultimately resolved through a settlement agreement and stipulated consent judgment.

Subsequently, Allstate filed this action seeking a declaration that the settlement agreement is not enforceable against it and that it has no duty to indemnify Andrew's Florist for the consent judgment. Andrew's Florist counterclaimed for breach of the insurance contract. After a jury trial, the district court concluded that the settlement agreement was not enforceable against Allstate because the jury had found that Mrs. Levesque entered into the settlement agreement in bad faith, and accordingly, it granted Allstate's requested declaratory relief and denied the counterclaim by Andrew's Florist.

After careful review and having had the benefit of oral argument, we can discern no reversible error, and therefore, we affirm the judgment of the district court.

**AFFIRMED.**